IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
SOUTHERN DIVISION

**HARRY M. GONSOULIN, JR.**                                                         **PLAINTIFF**

**VERSUS**                              **CIVIL ACTION NO. 1:11cv231HSO-JMR**

**WANDA DANIELS, ET AL.**                                                       **DEFENDANTS**

## FINAL JUDGMENT

This matter having come on to be heard on Defendants' Motions to Dismiss [8-1, 10-1] filed November 16, 2011, and the Court, after review and consideration of Defendants' Motions, the pleadings on file, and the relevant legal authorities, finds that in accord with its Order entered herewith,

**IT IS, ORDERED AND ADJUDGED** that, Plaintiff's Complaint is dismissed with prejudice as to the Biloxi Police Department and without prejudice as to all other named Defendants, pursuant to FED. R. CIV. P. 4 (m), 12(b)(4), 12(b)(5), and 41(b).

**SO ORDERED AND ADJUDGED**, this the 9th day of January, 2012.

*s/ Halil Suleyman Ozerden*
HALIL SULEYMAN OZERDEN
UNITED STATES DISTRICT JUDGE